IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN FELDER,<br><br>      Petitioner,<br><br>    v.<br><br>WARDEN MARK KIRBY,<br><br>      Respondent. | Civil Action<br>No. 17-1534 (JBS)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Petitioner John Felder, a prisoner currently confined at FCI Fairton, New Jersey, seeks to bring this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 *in forma pauperis* ("IFP"). IFP Application, Docket Entry 3.

    According to the certification by a Fairton official, the amount on deposit in Petitioner's inmate account is $102, and the greatest amount on deposit within the past six months was $730. Petitioner's income as reflected by the account statement indicates he is able to afford the $5 filing fee. The Court will therefore deny the IFP application.

    An appropriate order follows.

| | |
|---|---|
| **April 6, 2017**<br>Date | s/ Jerome B. Simandle<br>JEROME B. SIMANDLE<br>Chief U.S. District Judge |